| | |
|---|---|
| 1 | **BAUM & WEEMS** |
| 2 | JULIAN M. BAUM - State Bar No. 130892<br>jbaum@ix.netcom.com |
| 3 | 9 Tenaya Lane<br>Novato, California 94947 |
| 4 | Telephone (415) 892-3152<br>Facsimile: (415) 892-3096 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>KIMBERLY K. GONZALEZ |
| 7 | **RIMAC & MARTIN, P.C.** |
| 8 | JOSEPH M. RIMAC - State Bar No. 72381<br>ANNA M. MARTIN - State Bar No. 154279 |
| 9 | amartin@rimacmartin.com<br>1051 Divisadero Street |
| 10 | San Francisco, California 94115<br>Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 11 | |
| 12 | Attorneys for Defendants<br>UNUM LIFE INSURANCE COMPANY |
| 13 | OF AMERICA; ONE WORKPLACE L. FERRARI<br>LONG TERM DISABILITY PLAN |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*E-FILING*

| | | |
|---|---|---|
| KIMBERLY K. GONZALEZ, an individual, | ) | |
| | ) | CASE NO. **C 06–07024 PJH** |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE THE** |
| vs. | ) | **MAY 17, 2007 CASE MANAGEMENT** |
| | ) | **CONFERENCE; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |
| UNUM LIFE INSURANCE COMPANY OF | ) | |
| AMERICA; ONE WORKPLACE | ) | |
| L. FERRARI LONG TERM DISABILITY | ) | |
| PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for May 17, 2007, be continued for 90 days, until August 23, 2007, or to a date thereafter at the convenience of the Court.

-1-

STIPULATION TO CONTINUE CMC                              CASE NO.  C 06-07024 PJH

1     The parties have agreed to pursue mediation as a means potentially to resolve the action as to all claims and as to all parties. The undersigned parties have also agreed to complete the mediation within the time frame set forth in ADR Local Rule 6-4. The parties will promptly file the appropriate documents with the ADR Unit to secure selection of a mediator with subject-matter expertise.

    Accordingly, the parties respectfully request that the Court order the case referred to Mediation under ADR Local Rule 6 and continue the presently scheduled Case Management Conference for approximately 90 days.

    Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

                                  RIMAC & MARTIN, P.C.

DATED:  May 10, 2007        By:    /s/ **ANNA M. MARTIN**
                                  ANNA M. MARTIN
                                  Attorneys for Defendant
                                  UNUM LIFE INSURANCE COMPANY OF AMERICA

                                  BAUM & WEEMS

DATED:  May 10, 2007        By:    /s/ **JULIAN M. BAUM**
                                  JULIAN M. BAUM
                                  Attorneys for Plaintiff
                                  KIMBERLY K. GONZALEZ

/ / /

/ / /

/ / /

/ / /

**ORDER**

1
2
3   **IT IS HEREBY ORDERED** that the Case Management Conference be continued from
4   May 17, 2007 to  August 30, 2007 at 2:30 p.m. _____.  The parties shall file a Joint Case
5   Management Statement seven (7) days prior to the Conference.
6   **SO ORDERED.**
7
8   DATED: 5/14/07                    _____
9                                      UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

---

**STIPULATION TO CONTINUE CMC**              -3-              **CASE NO.  C 06-07024 PJH**