1 | ANNA MARTIN (CA STATE BAR NO. 154279)
JOSEPH M. RIMAC
RIMAC & MARTIN
1051 Divisadero St
San Francisco Ca 94115-4409
Telephone: (415) 561-8440
Facsimile: (415) 5611-8430

Attorneys for Defendants

JULIAN M. BAUM (CA State Bar No. 130892)
THOMAS J. FUCHS
BAUM & WEEMS
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (415) 892-3096

Attorneys for Plaintiff
Kimberly K. Gonzalez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY K. GONZALEZ, an individual, | Case No. 06-07024 PJH |
| Plaintiff, | |
| v. | JOINT STIPULATION REQUESTING 14-DAY CONTINUANCE OF BRIEFING AND HEARING SCHEDULE |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; ONE WORKPLACE L. FERRARI LONG TERM DISABILITY PLAN; ONE WORKPLACE L. FERRARI, in its capacity as Plan Administrator of the One Workplace L. Ferrari Long Term Disability Plan, | AND ~~PROPOS~~ED ORDER<br><br>Hon. Phyllis J. Hamilton<br>United States District Judge |
| Defendants. | |

For the reasons set forth below, the parties respectfully request that the Court permit a 14-day continuance of the present briefing and hearing schedule on the parties' intended cross-motions for judgment in this case.

1. This is an action for disability benefits and related relief under the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq*. ("ERISA). The parties have completed ADR under the Court's ADR Local Rules.

2. Under the Court's Case Management Conference Order, the parties are scheduled to file cross-motions for judgment tomorrow, January 30, 2008, for hearing on a normal 35-day schedule.

3. The parties respectfully request that the Court permit a 14-day continuance for the briefing and hearing dates as follows:

| | |
|---|---|
| Cross-Motions for Judgment: | February 13, 2008 |
| Oppositions: | February 27, 2008 |
| Reply Briefs: | March 5, 2008 |
| Hearing: | Wednesday, March ~~12~~ 26, 2008 (or as soon thereafter as convenient to the Court's calendar). |

The parties believe that this requested extension will not interfere with any of the Court's deadlines and will allow the parties to properly present the matter for resolution by the Court.

4. The parties urge that there is good cause for this request. More factual detail is set forth in the immediately following paragraphs 5 & 6. Counsel for defendants is primarily based in her firm's Nevada office. The recent storms have made travel between San Francisco and that Nevada office especially difficult and the roads have from time to time been closed without warning. The record to be filed with the parties' cross-motions exceeds 2000 pages. While the parties have been cooperating in the assembly of the record, it continues to be a time-consuming and difficult task that is hampered by the difficulties defendants' counsel has faced in physically traveling between the two offices of her firm. Both plaintiff's and defendants'

counsel are small firms with limited staff who are able to assist in any significant way. Moreover, as explained below, UNUM may need to augment the administrative record. If so, counsel for both parties will require time to integrate additional documents, if any, into their motions for summary judgment.

5. Defendants' counsel, Ms. Martin, had to appear in Federal District Court before Judge Patel on Monday, January 28, 2008 for a 2:00 p.m. appearance. Ms. Martin lives and works in Incline Village, Nevada. On her return home from Court her truck stopped due to some unknown electrical problem and left her stranded on the side of the road for three hours. She had to stay in a hotel in Sacramento overnight to arrange for her car to be towed to a repair shop. Ms. Martin rented a car to return home the following day, but was stuck in the storm that hit the Sierras and did not return until late afternoon today. Ms. Martin had planned to finalize the summary judgment all day today, but did not have any time to work on it, due to problems related to time spent dealing with her truck problems. Ms. Martin returned plaintiff counsel, Mr. Baum's, telephone call from Monday regarding issues regarding the administrative record that will be filed with the Court. Ms. Martin relayed her saga and stated that she was exhausted and he indicated that he could use additional time to get the administrative record redacted and scanned as there are over 2,000 pages, many containing confidential information and potentially privileged. Based on this conversation, Ms. Martin and Mr. Baum jointly agreed to seek a one week continuance from the Court to file the cross motions for summary judgment.

6. Additional good cause exists, because defendants have recently determined that there are additional potentially relevant documents that will be produced to plaintiff. Claims executive Mary Spugnardi of UNUM, while reviewing the administrative record in order to execute a declaration in support of UNUM's motion for summary judgment, determined that there is another claim number applicable to plaintiff in which some additional documents might exist. Accordingly, it may be necessary for UNUM to augment the administrative record. UNUM wants to err on the side of caution to make sure that UNUM has provided the entire record to plaintiff.

1    7.   The parties believe that this requested extension will not interfere with any of the
2 Court's deadlines and will allow the parties to properly present the matter for resolution by the
3 Court.
4    8.   Accordingly, the parties respectfully request that the Court permit a 14-day
5 continuance of the briefing and hearing schedule for their cross-motions.

7 Dated: January 29, 2008                          ANNA MARTIN
                                                  RIMAC & MARTIN
8
9                                              by    /s/ Anna Martin
                                                  ANNA MARTIN
10                                                Attorneys for Defendants

12 Dated: January 29, 2008                         JULIAN M. BAUM
                                                  BAUM & WEEMS
13
14                                             by   /s/ Julian M. Baum
                                                  JULIAN M. BAUM
15                                                Attorneys for Plaintiff

19 [proposed Order on following page]
20 ///
22 ///

JOINT REQUEST FOR 14 DAY
CONTINUANCE OF BRIEFING AND          Page 4 of 6              Case No. 06-07024 PJH
HEARING SCHEDULE

| | |
|---|---|
| 1 | **[proposed]** |
| 2 | **ORDER** |
| 3 | |
| 4 | **The parties having stipulated as set forth above, and good cause appearing to the** |
| 5 | **Court's satisfaction,** THE HEARING IS CONTINUED TO 3/26/08 AT 9:00 A.M. |
| 6 | **IT IS SO ORDERED.** |
| 9 | **Dated:** 1/30/08 _____ |
| 10 | **PHYLLIS J.** |
| 11 | **UNITED ST** |

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA seal)

**DECLARATION RE CONCURRENCE OF SIGNATORIES**

**UNITED STATES DISTRICT COURT, N.D. CAL.**

**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from counsel for defendants and that a record supporting this concurrence is available for inspection or production if so ordered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 29, 2008        /s/ Julian M. Baum

                                Julian M. Baum