UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY K. GONZALEZ,

   Plaintiff,

  v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

   Defendant.

_____/

No. C 06-7024 PJH

**NOTICE AND ORDER
CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Please note that the hearing on the parties' cross-motions for summary judgment, which was previously set for March 26, 2008, at 9:00 a.m., has been CONTINUED to April 23, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED**.

Dated: March 14, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge