UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY K. GONZALEZ,

    Plaintiff,                                     No. C 06-7024 PJH

    v.                                         **JUDGMENT**

UNUM LIFE INSURANCE COMPANY
OF AMERICA, et al.,

    Defendants.

_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion for summary judgment,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: July 28, 2008

                                                         _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge